Kathyleen A. O'Brien (SBN 94218)
kobrien@reedsmith.com
Judith Sethna (SBN 232731)
jsethna@reedsmith.com
Dominique Pietz (SBN 260716)
dpietz@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: 310.734.5200
Facsimile: 310.734.5299

Attorneys for Plaintiff
SWEET PEOPLE APPAREL, INC.
d/b/a MISS ME

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CLASSIC BLUE JEANS, INC. and GMF JEANS, INC.,<br><br>　　　　　Defendants. | No.: CV 12-05322 R (PJWx)<br><br>**STIPULATED FINAL JUDGMENT FOR ISSUANCE OF PERMANENT INJUNCTION**<br><br>[No hearing required]<br><br>Compl. Filed: June 19, 2012<br><br>Honorable Manuel Real<br><br>**(PART 1 OF 2)** |

The Court, having considered all papers and pleadings on file in this action, including the Parties' Stipulation Re Settlement of Action and For Entry of Final Judgment of Permanent Injunction and [Proposed] Order Thereon, and having determined that the parties having stipulated to the entry of final judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Defendant Classic Blue Jeans, Inc., and all of its agents, employees, officers, attorneys, representatives and all other persons acting in concert or participation with them or at Classic Blue's direction, and each of them (hereinafter, individually and collectively, "Classic Blue" or "the Classic Blue Defendants"), are permanently enjoined from ever doing, attempting, or causing to be done, whether directly or indirectly, by any means, method, or device whatsoever, the following:

(a) The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any Sweet People product, including, but not limited to, any Miss Me Branded Products, (hereinafter "Sweet People Products") unless Classic Blue is first authorized to do so in writing by an officer, director or managing agent of Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People"), and/or any non-genuine reproduction, counterfeit, copy or colorable imitation of any such product.

(b) The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any product which infringes any of the Sweet People Designs identified in **Attachment A** hereto, or in any written update to **Attachment A** provided to Classic Blue by Sweet

People, or any copyright which Sweet People notifies Classic Blue in writing is a registered copyright of Sweet People which Classic Blue is not authorized to use (individually and collectively, any "Sweet People Copyright") or any variants thereof and any designs that are substantially similar thereto;

(c) The unauthorized use, in any manner whatsoever, of any Sweet People copyright including, but not limited to, the Sweet People Designs identified in **Attachment A** hereto, any variants, copies and/or simulations thereof and/or any designs that are likely to be substantially similar thereto, including specifically as follows:

(i) on or in conjunction with any unauthorized product; and

(ii) in, on or in conjunction with any unauthorized advertising, promotional materials, labels, hangtags, packaging, websites or other internet materials.

(d) The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any product which infringes any Sweet People trademark, trade dress and/or trade name including, but not limited to, the Sweet People Trademarks identified in **Attachment B** hereto, or in any written update to **Attachment B** provided to Classic Blue by Sweet People, or any trademark, trade dress and/or trade name which Sweet People notifies Classic Blue in writing is a trademark, trade dress and/or trade name of Sweet People which Classic Blue is not authorized to use (individually and collectively, any "Sweet People Trademark"), or any variants, colorable imitations, translations and/or simulations thereof and/or any trademarks that are likely to be confusingly similar thereto;

(e)  The unauthorized use, in any manner whatsoever, of any Sweet People trademark, trade dress and/or trade name, including, but not limited to, the Sweet People Trademark identified in **Attachment B hereto**, any variants, colorable imitations, translations and/or simulations thereof and/or any trademarks, trade dress and/or trade name that are likely to be confusingly similar thereto, including specifically, as follows:

(i)  on or in conjunction with any product; and

(ii)  in, on or in conjunction with any advertising, promotional materials, labels, hangtags, packaging, websites or other internet materials.

(f)  Engaging in any activity which constitutes unfair competition with Sweet People or acts and practices that deceive the public and/or the trade, including, without limitation, the use of design elements and/or designations associated with Sweet People and/or its products.

(g)  Using, at any time, any internet domain name that includes SWEET PEOPLE, MISS ME, or any variant thereof, in words or numerals.

2.  If Classic Blue, or any of its agents, employees, officers, representatives or other persons acting in concert or participation with them, or at Classic Blue's direction, breach any of the terms of this Stipulated Final Judgment for Entry of Permanent Injunction (the "Stipulated Permanent Injunction"), Sweet People shall have the right to recover sanctions against Classic Blue including, but not limited to, sanctions for contempt of court.

3. Sweet People shall recover from Classic Blue all attorneys' fees and costs incurred in seeking enforcement of this Stipulated Final Judgment and/or in seeking any remedy based upon the failure of Classic Blue to comply herewith.

4. This is a Final Judgment and is enforceable upon entry. The Parties have waived findings of fact, conclusions of law, a statement of decision, and any right to set aside this Judgment, appeal herefrom, seek a new trial, or otherwise contest the validity of this Judgment in any way whatsoever.

5. Service on counsel for Classic Blue or any then current member, manager or officer of Classic Blue of a copy of this Judgment shall constitute notice to Classic Blue.

Dated: Dec. 28, 2012

HONORABLE MANUEL REAL
UNITED STATES DISTRICT COURT JUDGE