# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No:   2:12−cv−05322−R−PJW            Date:   7/25/2013

Title:  SWEET PEOPLE APPAREL INC V. CLASSIC BLUE JEANS INC ET AL

---

PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

|   William Horrell   |      N/A      |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                  Not Present

PROCEEDINGS:    ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR ON August 5, 2013 at 11:00 AM FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL. ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

---

MINUTES FORM II
CIVIL – GEN                                                                    Initials of Deputy Clerk:  wh