# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No:   2:12–cv–05322–R–PJW                    Date:   7/25/2013

Title:   SWEET PEOPLE APPAREL INC V. CLASSIC BLUE JEANS INC ET AL

PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

    William Horrell                                    N/A
    Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                      Not Present

PROCEEDINGS:      ORDER TO SHOW CAUSE why action should not be
                     dismissed for lack of prosecution

     THIS MATTER IS SET ON CALENDAR ON August 5, 2013 at 11:00 AM

FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR

LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A

JOINT REPORT OF EARLY MEETING OF COUNSEL. ATTENDANCE AT

THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT

IN DISMISSAL OF THE ACTION.


    cc: counsel of record