Kathyleen A. O'Brien (SBN 94218)
kobrien@reedsmith.com
Michael A. Garabed (SBN 223511)
mgarabed@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone:  310.734.5200
Facsimile:   310.734.5299

Attorneys for Plaintiff
SWEET PEOPLE APPAREL, INC.
d/b/a MISS ME

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CLASSIC BLUE JEANS, INC. and GMF JEANS, INC.,<br><br>　　　　　　Defendants. | No.:  12-CV-05322 R (PJWx)<br><br>**ORDER RE STIPULATION RE SETTLEMENT OF ACTION AND FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Honorable Manuel Real |

The Court has read and considered the Stipulation Re Settlement of Action and for Entry of Final Judgment and Permanent Injunction (the "Stipulation") filed by Plaintiff Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People") and Defendant GMF Jeans, Inc. ("GMF").  For the reasons stated in the Stipulation and for good cause shown, the Court hereby APPROVES the Stipulation and will enter the Final Judgment and Permanent Injunction in the form attached as Exhibit 1 to the stipulation.

Dated:  _December 18, 2013__                  _____
HONORABLE MANUEL REAL
UNITED STATES DISTRICT COURT
JUDGE