Kathyleen A. O'Brien (SBN 94218)
kobrien@reedsmith.com
Michael A. Garabed (SBN 223511)
mgarabed@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: 310.734.5200
Facsimile: 310.734.5299

Attorneys for Plaintiff
SWEET PEOPLE APPAREL, INC.
d/b/a MISS ME

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLASSIC BLUE JEANS, INC. and GMF JEANS, INC.,<br><br>Defendants. | No.: 12-CV-05322 R (PJWx)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Honorable Manuel Real |

The Court, having considered all papers and pleadings on file in this action, including the Parties' Stipulation Re Settlement of Action and For Entry of Final Judgment and Permanent Injunction, and having determined that the parties have stipulated to the entry of final judgment in the above-entitled action based on the following material representations and warranties of Defendant GMF Jeans, Inc. ("GMF"):

1. That apart from the approximately 1,800 units of Infringing Clothing identified in the Parties' settlement agreement, GMF has not procured, manufactured, caused to be manufactured, distributed, offered for sale or sold any Infringing Clothing.

2. That the only Infringing Clothing which GMF has ever procured, sold, distributed or otherwise provided to any person or entity is the approximately 1,800 units of Infringing Clothing identified in the Parties' settlement agreement.

3. That GMF does not have in its custody, possession and/or control any units of Infringing Clothing.

4. That the only person or entity which has ever manufactured Infringing Clothing or supplied Infringing Clothing that GMF is aware of is Yutailong Garment Co., LTD., 332 Zhonghe Lu Nanshan Development District Guangzhou PR China.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. Defendant GMF Jeans, Inc., and all of its agents, shareholders, employees, affiliates, officers, representatives and all other persons acting in concert or participation with them or at GMF's direction, and each of them (hereinafter,

individually and collectively, "GMF" or "the GMF Defendants"), are permanently enjoined from ever doing, attempting, or causing to be done, whether directly or indirectly, by any means, method, or device whatsoever, the following:

(a)   The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any Sweet People product, including, but not limited to, any Miss Me Branded Products, (hereinafter "Sweet People Products") unless GMF is first authorized to do so in writing by an officer, director or managing agent of Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People"), and/or any non-genuine reproduction, counterfeit, copy or colorable imitation of any such product.

(b)   The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any product which infringes any of the Sweet People Designs identified in **Exhibit A** hereto or any variants thereof and any designs that are substantially similar thereto;

(c)   The unauthorized use, in any manner whatsoever, of any Sweet People copyright including, but not limited to, the Sweet People Designs identified in **Exhibit A** hereto, any variants, copies and/or simulations thereof and/or any designs that are likely to be substantially similar thereto, including specifically as follows:

(i)   on or in conjunction with any unauthorized product; and

(ii)  in, on or in conjunction with any unauthorized advertising, promotional materials, labels, hangtags, packaging, websites or other internet materials.

(d) The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any product which infringes any Sweet People trademark, trade dress and/or trade name including, but not limited to, the Sweet People Trademarks identified in **Exhibit B** hereto or any variants, colorable imitations, translations and/or simulations thereof and/or any trademarks that are likely to be confusingly similar thereto;

(e) The unauthorized use, in any manner whatsoever, of any Sweet People trademark, trade dress and/or trade name identified in **Exhibit B hereto**, any variants, colorable imitations, translations and/or simulations thereof and/or any trademarks, trade dress and/or trade name that are likely to be confusingly similar thereto, including specifically, as follows:

(i) on or in conjunction with any product; and

(ii) in, on or in conjunction with any advertising, promotional materials, labels, hangtags, packaging, websites or other internet materials.

(f) Engaging in any activity which constitutes unfair competition with Sweet People or acts and practices that deceive the public and/or the trade, including, without limitation, the use of design elements and/or designations associated with Sweet People and/or its products.

(g) Using, at any time, any internet domain name that includes SWEET PEOPLE, MISS ME, or any variant thereof.

2. If GMF, or any of its agents, shareholders, employees, affiliates, officers, representatives or other persons acting in concert or participation with them, or at

GMF's direction, breach any of the terms of this Final Judgment and Permanent Injunction (the "Permanent Injunction"), Sweet People shall have the right to recover sanctions against GMF including, but not limited to, sanctions for contempt of court.

3.  Sweet People shall recover from GMF all costs and reasonable attorneys' fees incurred in seeking enforcement of this Permanent Injunction and/or in seeking any remedy based upon the failure of GMF to comply herewith.

4.  This is a Final Judgment and is enforceable upon entry. The Parties have waived findings of fact, conclusions of law, a statement of decision, and any right to set aside this Judgment, appeal herefrom, seek a new trial, or otherwise contest the validity of this Judgment in any way whatsoever.

5.  Service on counsel for GMF or any then current member, manager or officer of GMF of a copy of this Judgment shall constitute notice to GMF.

Dated: Jan. 22, 2014

HONORABLE MANUEL REAL
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-418-846



EFFECTIVE DATE OF REGISTRATION
May 23 2007

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼: JP 4369 BACK POCKET DESIGN
NATURE OF THIS WORK ▼ See instructions: Fabric Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼: Sweet People Apparel, Inc.
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☑ Yes  ☐ No
Author's Nationality or Domicile  Name of Country  OR { Citizen of _____  Domiciled in _____ }
Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼
Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No
Author's Nationality or Domicile  Name of Country  OR { Citizen of _____  Domiciled in _____ }
Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3** **a** Year in Which Creation of This Work Was Completed: 2006  This information must be given in all cases.
**b** Date and Nation of First Publication of This Particular Work: Month October  Day 03  Year 2006  Nation USA

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

APPLICATION RECEIVED
MAY 23 2007
ONE DEPOSIT RECEIVED
MAY 23 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages





## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
VA 1-785-057

Effective date of registration:
August 4, 2011

---

### Title
- **Title of Work:** CrossRoads JP5072

### Completion/Publication
- **Year of Completion:** 2009
- **Date of 1st Publication:** October 27, 2009
- **Nation of 1st Publication:** United States

### Author
- **Author:** Sweet People Apparel, Inc.
- **Author Created:** Artwork Applied to Clothing
- **Work made for hire:** Yes
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Sweet People Apparel, Inc.
  4715 S. Alameda Street, Los Angeles, CA, 90058, United States

### Rights and Permissions
- **Organization Name:** Sweet People Apparel, Inc.
- **Address:** 4715 S. Alameda Street
  Los Angeles, CA 90058 United States

### Certification
- **Name:** Alan C. Veronick
- **Date:** August 4, 2011
- **Applicant's Tracking Number:** 21406.001

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number
**VA 1-716-852**

Effective date of registration:
May 28, 2010

---

## Title
Title of Work: SPARKLE CROSS DESIGN

## Completion/Publication
Year of Completion: 2008
Date of 1st Publication: October 27, 2008    Nation of 1st Publication: United States

## Author
Author: Sweet People Apparel, Inc.
Author Created: Artwork applied to clothing
Work made for hire: Yes
Citizen of: United States

## Copyright claimant
Copyright Claimant: Sweet People Apparel, Inc.
4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions
Organization Name: Sweet People Apparel, Inc.
Address: 4715 S. Alameda Street
Los Angeles, CA 90058 United States

## Certification
Name: Brent S. LaBarge
Date: May 26, 2010
Applicant's Tracking Number: 21406.001

Page 1 of 1





## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**VA 1-800-251**

Effective date of registration:
January 27, 2012

---

### Title
**Title of Work:** Star Struck JW 6043

### Completion/Publication
**Year of Completion:** 2008
**Date of 1st Publication:** August 8, 2008     **Nation of 1st Publication:** United States

### Author
**Author:** Sweet People Apparel, Inc.
**Author Created:** Artwork Applied to Clothing
**Work made for hire:** Yes
**Citizen of:** United States     **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA, 90058

### Rights and Permissions
**Organization Name:** Sweet People Apparel, Inc.
**Address:** 4715 S. Alameda St.
Los Angeles, CA 90058

### Certification
**Name:** Lilly Kim
**Date:** January 27, 2012

Page 1 of 1



# EXHIBIT B

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,065,486
Registered Dec. 6, 2011
Int. Cl.: 25

**TRADEMARK**
**PRINCIPAL REGISTER**

SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-29-2005; IN COMMERCE 9-29-2005.

OWNER OF U.S. REG. NO. 3,494,338.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE SHAPES OF THE POCKETS OR THE POCKET FLAPS, OR THE STITCHING APPEARING ON THE POCKETS OR THE POCKET FLAPS, WHICH ARE INCLUDED ONLY TO SHOW THE PLACEMENT OF THE MARK ON THE GOODS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A FABRIC CUT-OUT DESIGN ON THE POCKET FLAP AND UNDER THE WAIST OF THE PANTS. THE AREA OF THE CUTOUT IS REPLACED WITH A FABRIC INSERT WHICH DIFFERS IN DESIGN FROM THE REMAINING PANTS FABRIC.

SEC. 2(F).

SER. NO. 85-041,242, FILED 5-18-2010.

SUZANNE BLANE, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov

